# GOTTLIEB & ASSOCIATES PLLC
## ATTORNEYS

150 E. 18 St., Suite PHR, New York, NY 10003
212 228-9795  www.gottlieblaw.net

April 16, 2025

**VIA ECF**

The Honorable Jennifer L. Rochon
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Jackson v. Coty DTY Holdings, LLC*
      Case No.: 1:24-cv-09772-JLR

Dear Judge Rochon,

    The undersigned represents Sylinia Jackson, on behalf of herself and all other persons similarly situated ("Plaintiff") in the above referenced matter against Coty DTY Holdings, LLC, ("Defendant"). In response to Your Honor's Order on March 23, 2025 (Dkt. 16) the undersigned respectfully requests Your Honor grant an extension of time for the Parties to submit the joint letter and Case Management Plan and Scheduling Order as well as a rescheduling of the Initial Conference scheduled for April 29, 2025 at 12:30p.m. Counsel for the Defendant is out of town and unavailable due to a vacation.

    Thank you for your attention to this matter. Should the Court have any questions, please do not hesitate to contact the undersigned attorney.

Respectfully submitted,

GOTTLIEB & ASSOCIATES

*/s/Dana L. Gottlieb, Esq.*
Dana L. Gottlieb, Esq.

Cc: All counsel of record via ECF

---

The requested adjournment is granted. The initial pretrial conference is rescheduled to **May 13, 2025 at 10:30 a.m.**, and the parties shall submit their joint letter by **May 3, 2025**. The Clerk of Court is also respectfully directed to close the motion at Dkt. 18, which appears to be duplicative of the Court's order scheduling the initial pretrial conference, see Dkt. 16, and does not request any action by the Court.

Date:   April 17, 2025
        New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**